UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL BELTRAN,
Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
Defendant.

Case No.: 26-cv-03217-AJB-MMP

**ORDER SETTING STATUS HEARING**

On May 22, 2026, Plaintiff Michael Beltran ("Beltran") filed this action in this District. (Doc. No. 1.) On August 12, 2026, Defendant Federal Express Corporation ("FedEx") waived service. (Doc. No. 7.) The Court calculates FedEx's deadline to submit a responsive filing to this action as October 9, 2026. (*See id.*)

In the intervening time, however, Beltran's counsel has filed approximately 50 more cases against FedEx in this District. A review of these actions shows that the complaints are largely identical to the first amended complaint in this action. (*See* Doc. No. 4.) Most notably, it appears that all of these cases derive from *Abner v. Federal Express Corporation*, No. 2:24-cv-01129 (W.D. Pa. filed Aug. 6, 2024). (Doc. No. 4 ¶ 1.)

Under these circumstances and in the interest of judicial economy, the Court *sua sponte* **STAYS** FedEx's deadline to submit a responsive filing in this action.

The Court additionally **SETS** a counsel-only telephonic status hearing for October 19, 2026, at 1:00 PM. The status hearing will be before the undersigned and Magistrate Judge Michelle M. Pettit. Counsel can join the status hearing by calling (619) 657-0677 and entering conference ID 461546787#.

At the status hearing, counsel must be prepared to address:

1. How they anticipate these actions proceeding, *e.g.*, if FedEx intends to move to dismiss the actions on one or more grounds that are common across the actions. *See, e.g.*, April 9, 2026 Transcript at 22, *De Jesus Baez Sr. v. FedEx Ground Package Sys., Inc.*, No. 1:26-cv-10626-ADB (D. Mass. Apr. 13, 2026).

2. Whether the parties anticipate that there will be any benefit to further settlement talks.

3. Whether the parties anticipate any discovery needs and/or issues.

The Clerk of Court is **DIRECTED** to serve copies of this Order on FedEx's counsel at the following addresses:

Joseph P. McHugh
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108

James P. Angelo
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108

Christopher M. Ahearn
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-3
Memphis, TN 38125

Jessica Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, #4500
Denver, CO 80202

**IT IS SO ORDERED**.

Dated: September 10, 2026

Hon. Anthony J. Battaglia
United States District Judge